Michael J. Macco
Chapter 13 Trustee
2950 Express Drive South, Suite 109
Islandia, NY  11749

*This Order relates to a hearing on September 13, 2016*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:                                                                    **tmm1634**
                                                                               CHAPTER 13
NICHOLAS  RUVOLO

                                                              CASE NO. 16-42978-608

                          Debtor(s).                **ORDER**
-----------------------------------------------------X

Upon the application and motion of the Trustee to determine whether the petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code should be dismissed <u>with</u> <u>prejudice</u>, and same having come on to be heard before the Honorable Carla E. Craig on the 13th day of SEPTEMBER, 2016, and Michael J. Macco, Chapter 13 Trustee,  having appeared in support of the motion, and it appearing to the satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed <u>with</u> <u>prejudice</u>, and that sufficient cause has been shown, it is

        **ORDERED**, that pursuant to the provisions of 11 U.S.C. §§109(g), 521 & 1307(c), the above referenced Chapter 13 case is hereby dismissed <u>with</u> <u>prejudice</u>, prohibiting the debtor(s) from filing another petition under any chapter for a period of  1 year from the date of this Order without prior consent of the Court.



**Dated: Brooklyn, New York**
**September 19, 2016**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**